UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  2:24-cv-00422-TJH-MAA                                  Date: June 13, 2024

Title:   *Sammeiso Leonard Lewis v. United States House of Representatives, et al.*

Present:  The Honorable TERRY J. HATTER, U.S. District Judge

| Yolanda Skipper | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings (In Chambers):**  ORDER DISMISSING CASE FOR FAILURE TO PAY FILING FEE OR FILE A FULLY COMPLETED REQUEST FOR *IN FORMA PAUPERIS* STATUS  [JS-6]

Plaintiff failed to pay the filing fee or file a fully completed CV-60P form, as ordered on April 12, 2024.

Accordingly, Plaintiff's request to proceed *in forma pauperis* is **DENIED,** and this action is **DISMISSED** without prejudice.

IT IS SO ORDERED.